FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 28 PM 4: 22

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| DONALD G. SHIVELEY and TAMARA L. SHIVELEY, | 09-24088 RKM |
| | [Chapter 7] |
| Debtors. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| RC Willey Financial Services<br>PO Box 65320<br>Salt Lake City, UT  84165-0320 | $3.52 |
| Pitney Bowes Credit Corporation<br>Attn: Recovery Dept.<br>27 Waterview Drive<br>Shelton, CT  06484-4361 | $2.01 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $5.53 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 28th day of December, 2010.

Duane H. Gillman, Trustee

SLC_755344.1